IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JAMES R. JONES AND ALEESA JONES                                                PLAINTIFFS

V.                                                        CIVIL ACTION NO. 1:14-CV-00163-SA-DAS

RICHIE DARBY d/b/a DARBY'S ROOFING
AND HOME REPAIR and SHELTER MUTUAL
INSURANCE COMPANY                                                              DEFENDANTS

## ORDER

Pursuant to a Memorandum Opinion issued this day, Plaintiffs' Motion to Remand [8] is GRANTED IN PART and DENIED IN PART, as follows: (1) Plaintiffs' claims against Darby are SEVERED from the claims against Shelter; (2) Plaintiffs' claims against Darby are REMANDED to the Circuit Court of Lee County, Mississippi; and (3) Plaintiffs' Motion to Remand [8] is DENIED as it pertains to Shelter.

The Clerk of Court is directed to remand Plaintiff's claims against Richie Darby to the Circuit Court of Lee County, Mississippi.

SO ORDERED, this the 23rd day of July, 2015.

                                                                    **/s/ Sharion Aycock**
                                                                      **U.S. DISTRICT JUDGE**