**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**JAMES R. JONES AND ALEESA JONES**                                **PLAINTIFFS**

**VS**                                       **CIVIL ACTION NO: 1:14-CV-00163-SA-DAS**

**SHELTER MUTUAL INSURANCE COMPANY**                          **DEFENDANT**

**AGREED ORDER OF DISMISSAL WITH PREJUDICE
AS TO JAMES R. JONES ONLY**

THIS CAUSE, having come on this day on Plaintiff James R. Jones' *ore tenus* motion for dismissal, and the Court, being informed that Plaintiff James R. Jones no longer wishes to pursue this matter, is of the opinion that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the complaint of James R. Jones should be, and the same is hereby, dismissed with prejudice and with each party to bear their own costs.

SO ORDERED AND ADJUDGED, this the 4th day of January, 2016.

                                                  **/s/ Sharion Aycock**
                                                  **U.S. DISTRICT JUDGE**