IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ALEESA JONES                                                                                               PLAINTIFF

V.                                                          CIVIL ACTION NO.: 1:14CV163-SA-DAS

SHELTER MUTUAL INSURANCE COMPANY                                             DEFENDANT

FINAL JUDGMENT

Pursuant to a Memorandum Opinion issued this day, Defendant's Motion to Dismiss for Lack of Prosecution [34] is GRANTED. Plaintiff's claims are DISMISSED with prejudice, and this case is CLOSED.

SO ORDERED, this the 18th day of May, 2016.

                                        /s/ Sharion Aycock
                                        **U.S. DISTRICT JUDGE**